UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Case No. 16-20516-gmh |
| | ) | Chapter 13 |
| KEMEELAH N. FAIR and | ) | |
| MARKUS D. FAIR, | ) | Objection to Motion to |
| | ) | Continue Stay Due Date: February 10, 2016 |
| | ) | |
| Debtors. | ) | Hearing on Timely-Filed |
| | ) | Objections: February 16, 2016, at 2:30pm |

**NOTICE OF MOTION TO CONTINUE THE AUTOMATIC STAY**

To all creditors and parties in interest:

The debtor in the above-captioned case has filed a motion to continue the automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B). A copy of that motion accompanies this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion to continue the automatic stay, or if you want the court to consider your views on the motion, then **on or before the objection due date stated above,** you or your attorney must file an objection with

      Clerk, United States Bankruptcy Court
      517 East Wisconsin Avenue
      Milwaukee, WI 53202-4581

and provide copies to:

| | |
|---|---|
| Trustee Mary B. Grossman | Attorney Anton B. Nickolai |
| P.O. Box 510920 | Nickolai & Poletti, LLC |
| Milwaukee, WI 53203 | 308 Milwaukee Avenue |
| | Burlington, WI 53105 |

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**The Court will hold a hearing on any timely-filed objection.** The hearing will take place before Judge G. Michael Halfenger, United States Bankruptcy Judge, in the United States Courthouse at 517 East Wisconsin Avenue, Milwaukee, Wisconsin, in Room 133 at the hearing date and time stated above. The debtor and the objecting party and/or their counsel must attend the hearing.

**The Court also will hold a hearing if the debtor fails to file a supporting affidavit or declaration that complies with 11 U.S.C. § 362(c)(3)(B).** The hearing will take place at the same time and place stated above, and the debtor and debtor's counsel must attend this hearing, or the Court will not grant the motion. If the debtor files such an affidavit, but the Court determines that it is insufficient to comply with § 362(c)(3)(B), the Court will notify counsel for the debtor.

Dated: <u>January 27, 2016.</u>        Nickolai & Poletti, LLC
                                             Attorneys for Debtor

                                                     /s/ Anton B. Nickolai
                                                     By: Anton B. Nickolai
                                                     State Bar No. 1060676