THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 23, 2016

G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | June 21, 2016 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2016-20516 |
| DEBTORS: | Kemeelah and Markus Fair |
| NATURE OF HEARING: | 1. Trustee's Objection to Confirmation of Plan |
| | 2. U.S. Bank National Association's motion for relief from the automatic stay |
| APPEARANCES: | William Nickolai, appearing for the debtors |
| | Penny Gentges, appearing for U.S. Bank National Association |
| | Mary Grossman, chapter 13 trustee |
| COURTROOM DEPUTY: | Kris Lucas |
| LAW CLERK: | Shay A. Agsten |

The court held a hearing on the trustee's objection to confirmation and U.S. Bank National Association's motion for relief from the automatic stay.

**<u>Trustee's Objection to confirmation</u>**

The trustee objected to confirmation because the proof of claim filed by the Wisconsin Department of Revenue indicates that the debtors have not filed their 2013 tax returns. In addition, the debtors did not serve the chapter 13 plan or any of the amendments on the United States Department of Housing and Urban Development when the debtors added HUD as a creditor. Finally, the chapter 13 plan states that the debtors will file a

motion to participate in the court's mortgage mediation modification program but the debtors have not yet filed the motion.

Debtors' counsel stated that he is waiting to receive some information from the debtors and once he receives that information he will file a motion to participate in the court's mortgage mediation modification program

The court ordered the debtors, by **July 6, 2016**, to (a) serve the chapter 13 plan and all amendments on the Department of Housing and Urban Development and (b) file a motion to participate in the court's mortgage mediation modification program. The court adjourned the hearing on the trustee's objection to confirmation of the chapter 13 plan to **August 16, 2016, at 2:30 p.m.** by telephone. To appear by telephone, you must call the Court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

**U.S. Bank National Association's motion for relief from the automatic stay**

Counsel for U.S. Bank National Association stated that the debtors have not made any payments to U.S. Bank since this case was filed and the debtors have not filed a motion to participate in the court's mortgage mediation modification program

The creditor agreed to allow the debtor time to file a motion to participate in the court's mortgage mediation modification program. Based on the representations at the hearing, the court (i) adjourned the hearing on the motion for relief to **August 16, 2016, at 2:30 p.m.** by telephone; and (ii) continued the automatic stay pursuant to §362(e)(1), because the court concluded that there was a reasonable likelihood that the debtors would prevail in defending against the motion. To appear by telephone, you must call the Court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

# # # # #